No. 286. Hoosier Casualty Co. v. Lucas, Commissioner of Internal Revenue. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Robert A. Littleton* and *W. W. Spalding* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch* and *Sewall Key* for respondent.

No. 287. Dodd v. Union Indemnity Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Hiram M. Smith* for petitioner. *Mr. Frank H. Atwill* for respondent.

No. 288. Pardee et al. v. Howcott et al.; and
No. 289. Pardee Company v. Same. October 21, 1929. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. John May* and *Russell Duane* for petitioners. *Messrs. Wm. Winans Wall* and *Hugh S. Suthon* for respondents.

No. 290. Rosenstein et al. v. United States. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David P. Siegel* for petitioners. *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for the United States.

No. 291. Clinton Corn Syrup Refining Co. v. United States. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Richard S. Doyle* for petitioner. *Solicitor General Hughes, Assist-*